**No. 10-181. James D. Schneller, Petitioner v. Philadelphia Entertainment and Development Partners, L.P.**

562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 8013.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 605 Pa. 255, 988 A.2d 1288.

**No. 10-183. Fred Samson, Petitioner v. James Manley, et al.**

562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7994,

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fourteenth District, denied.

**No. 10-190. Billy Torain, Petitioner v. AT&T Management Services, LP, et al.**

562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7943,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 353 Fed. Appx. 37.

**No. 10-199. Valerie T. Filar, Petitioner v. Chicago School Reform Board of Trustees, aka Board of Education of the City of Chicago.**

562 U.S. 962, 131 S. Ct. 468, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7939.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 375 Fed. Appx. 607.

**No. 10-207. Food Movers International, Inc., Petitioner v. Wells Dairy, Inc.**

562 U.S. 962, 131 S. Ct. 472, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7996.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 607 F.3d 515.

**No. 10-211. Transocean Enterprise, Inc., Petitioner v. Ingalls Shipbuilding, Inc.**

562 U.S. 962, 131 S. Ct. 473, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 8067.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 33 So. 3d 459.